982 A.2d 61

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Cleveland LOFTON, Petitioner.**

**No. 102 EM 2009.**

Supreme Court of Pennsylvania.

Sept. 3, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of September, 2009, the Application for Leave to File Original Process, the Petition for Writ of Prohibition, and the Application for an Immediate Hearing are **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation improper). The Prothonotary is directed to forward these filings to counsel of record. *See* CP–51–CR–0006383–2007 and CP–51–CR–0006399–2007.

982 A.2d 62

**Roscoe MURPHY III, Roscoe Murphy, Jr. and Ernette Murphy**

v.

**Elwood BOONE, Kim S. Jordan, Vanessa Brown and Evelyn Anderson and The Bank of New York**

**Petition of Roscoe Murphy III and Roscoe Murphy, Jr.**

**No. 94 EM 2009.**

Supreme Court of Pennsylvania.

Sept. 3, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of September, 2009, the Petition for Review is **DENIED.**